# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**MARIA ISABEL ALVARADO RODRIGUEZ, et als.,**
Plaintiffs

**CIVIL NO. 05-2207(DRD)**

v.

**SPANISH BROADCASTING SYSTEMS OF PUERTO RICO, INC., et als.,**
Defendants

| MOTION | RULING |
|---|---|
| **Date Filed:** 01/23/06<br>[X] **Plff**  [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING LEAVE TO AMEND COMPLAINT AND NOTICE OF DISMISSAL AGAINST J.P. SECURITY AND CONSULTANT SERVICES, INC.<br><br>**(Docket No. 8)** | **GRANTED**. Plaintiffs' request to amend the complaint to correct the name of co-defendant from J.P. Security and Consultant Services, Inc. to J.P. Security Services, Inc. is **GRANTED**. Plaintiffs are to solicit summons within **five (5) days** and the Court hereby **INSTRUCTS THE CLERK OF COURT** to **ISSUE** the requested summons **forthwith**.  Plaintiffs shall have **TWENTY (20) DAYS** to serve process upon said defendant. Defendants that have yet to answer the complaint or otherwise plead shall, thus, have **TWENTY (20) DAYS** once summons are served to file their answer. Failure to comply will result in the Court entering default against non-complying party. Once all defendants have been properly served, Plaintiffs are to inform the Court who shall then, schedule an Initial Scheduling Conference.  Finally, plaintiffs' request to, consequently, dismiss claims against J.P. Security and Consultant Services, Inc. is also **GRANTED.**<br><br>Partial judgment will be entered accordingly. |
| **Date Filed:** 02/14/06<br>[ ] **Plff**  [X] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION TO DISMISS FOR LACK OF JURISDICTION<br><br>**(Docket No. 13)** | **MOOT.**  Defendants' request for dismissal for lack of jurisdiction is **MOOT** pursuant to plaintiffs' request at Docket No. 14. |

| MOTION | RULING |
|---|---|
| **Date Filed:** 02/15/06<br>[X] **Plff**                          [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** RESPONSE TO MOTION TO DISMISS AND REQUESTING PARTIAL DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(2)<br><br>**(Docket No. 14)** | **GRANTED**. **Maria Isabel Alvarado Rodriguez and Wilfredo Vera Rivera, on their own behalf and representing the minors, S.E.R.A. and W.I.R.A., Cristine Rivera Perez, Wilfredo Joel Rivera Perez, Raquel Rodriguez Santos, Dario Alvarado Quinones, Ines Montalov Rivera, Ramon Pagan Cedeno, and Rainier Alvarado Pagan's** request for **dismissal without prejudice** of their complaint against defendants is hereby **GRANTED**.<br><br>Partial Judgment will be entered accordingly. |
| **Date Filed:** 03/07/06<br>[X] **Plff**                          [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** SECOND MOTION REQUESTING LEAVE TO AMEND COMPLAINT<br><br>**(Docket No. 16)** | **MOOT** pursuant to the order above. |

**IT IS SO ORDERED.**

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**Date**:   **April 21, 2006**                **U.S. District Judge**